UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF COMMERCIAL CONSTRUCTION SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MADISON SERVICES, INC., an Indiana corporation, and JOHN DOE SURETY COMPANY, <br><br> Defendants. | Civil Action No. 09-cv-3086 <br> PAM/SRN <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation of Counsel previously filed herein, **IT IS HEREBY ORDERED** that the Clerk of this Court is ordered and directed to enter forthwith judgment dismissing any and all claims in the above matter with prejudice, on the merits and without costs and disbursements to any party.

Dated this __19__ day of January, 2010.

BY THE COURT:

s/Paul A. Magnuson
Paul A. Magnuson
U.S. District Court Judge